FILED
CLERK, U.S. DISTRICT COURT

AUG 23 2022

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>  v.<br>FONTRELL BAINES,<br>  Defendant. | Case No. CR 22-324-MWF<br><br>ORDER OF DETENTION |

I.

On August 23, 2022, Defendant made his initial appearance, by consent to appear by video teleconference, on the indictment in this matter. Deputy Federal Public Defender Ashley Mahmoudian was appointed to represent Defendant.

Defendant did not seek release on bail.

☒ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☐ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)]

Defendant is currently in federal custody in connection with another criminal matter in this district: CR 20-522-MWF. Pretrial Services provided the Court with the report that was issued at the time of Defendant's initial appearance in case no. CR 20-522-MWF, which recommended that Defendant be detained. The Court has also considered the information in this Pretrial Services Report.

### IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

☒ Defendant is currently in custody in a pending criminal case in this district.

As to danger to the community:

☒ Defendant is currently in custody in a pending criminal case in this district.

V.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: August 23, 2022

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE